# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION

## CIVIL NO.  1:04CV80

| | |
|---|---|
| MARGARET T. WHITE,            ) | |
|                          ) | |
|             **Plaintiff,**    ) | |
|                          ) | |
|         **vs.**         ) | **O R D E R** |
|                          ) | |
| SUN LIFE ASSURANCE COMPANY OF  ) | |
| CANADA, *et al.,*            ) | |
|                          ) | |
|         **Defendants.**   ) | |

THIS MATTER is before the Court *sua sponte* to continue the trial from the November 2005 term in the Asheville Division.

The Court has under advisement the parties' motions for summary judgment; the Court will not complete its review of these motions in time for the parties to adequately prepare for trial for the November 2005 term.

IT IS, THEREFORE, ORDERED that the Clerk calendar this case for trial during the Court's January 2006 term in the Asheville Division.

**Signed: September 23, 2005**

Lacy H. Thornburg
United States District Judge