# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL NO. 1:04CV80

| | |
|---|---|
| MARGARET T. WHITE, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>SUN LIFE ASSURANCE COMPANY OF )<br>CANADA; GREER LABORATORIES, )<br>INC.; GREER LABORATORIES, INC. )<br>EMPLOYEE LONG TERM DISABILITY )<br>PLAN; PLAN ADMINISTRATOR OF THE )<br>GREER LABORATORIES, INC. LONG )<br>TERM DISABILITY PLAN, )<br>)<br>Defendants. )<br>_____) | **JUDGMENT** |

For the reasons set forth in the Memorandum and Order filed herewith,

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that the Defendant's motion for summary judgment is **DENIED**, the Plaintiff's motion for summary judgment is **ALLOWED**, and Plaintiff is entitled to long term disability benefits under the Defendant's Long Term Disability Plan.

The Court maintains jurisdiction of this matter until resolution of the Plaintiff's motion for attorney fees and costs.

Signed: January 31, 2006

Lacy H. Thornburg
United States District Judge